**S. Douglas TAYLOR, MD,**
**Plaintiff–Appellant,**

v.

**UNITED STATES Of America; Health**
**Net Federal Services, LLC,**
**Defendants–Appellees.**

No. 14–1476.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 8, 2014.

Decided: Feb. 20, 2015.

Jeffrey S. Miller, Jacksonville, North Carolina, for Appellant. Thomas G. Walker, United States Attorney, Matthew L. Fesak, Assistant United States Attorney, Office of the United States Attorney, Raleigh, North Carolina, for Appellee United States of America. Christopher Flynn, Crowell & Moring LLP, Washington, D.C.; James R. Holland, Wilmington, North Carolina, Elizabeth Brooks Scherer, Smith Moore Leatherwood LLP, Raleigh, North Carolina, for Appellee Health Net Federal Services, LLC.

Before GREGORY and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dr. S. Douglas Taylor appeals the district court's March 19, 2014 grant of the respective motions to dismiss filed by the defendants, the United States and Health Net Federal Services, LLC. After carefully reviewing the district court's opinion, the record, the briefs submitted by the parties, and the applicable law, we affirm for the reasons set forth in the convincingly written opinion of the district court. *Taylor v. United States*, No. 7:11–cv–268–FL, 2014 WL 1096298 (E.D.N.C. March 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*